# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WANZO, JR., | ) Case No. CV 19-5764-JLS (SP) |
| Petitioner, | ) **ORDER ACCEPTING FINDINGS** |
| | ) **AND RECOMMENDATION OF** |
| v. | ) **UNITED STATES MAGISTRATE** |
| | ) **JUDGE** |
| CHRISTIAN PFEIFFER, Warden, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment will be entered denying the Petition and dismissing this action with prejudice.

DATED: September 6, 2020     _____
                              HONORABLE JOSEPHINE L. STATON
                              UNITED STATES DISTRICT JUDGE