JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE WANZO, JR., | ) | Case No. CV 19-5764-JLS (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| CHRISTIAN PFEIFFER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 6, 2020

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE